

## Transcript

| | |
|---|---|
| 5:25 | [ __ ] and |
| 5:26 | clearly this guy is getting paid money |
| 5:29 | by matchroom boxing |
| 5:32 | um and that's a bold statement an |
| 5:34 | accusation that I don't take lightly |
| 5:39 | um but it's just blatantly obvious and |
| 5:41 | they're not even trying to hide it you |
| 5:43 | know you think they would get a |
| 5:44 | different judge uh that that [ __ ] up |
| 5:46 | the scoring from Taylor Serrano you |
| 5:48 | think they would get a different judge |