UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Matchroom Boxing Limited; and            Civil Action No.: 1:22-cv-8178
Edward John Hearn,

          *Plaintiffs*,

— against —

Jake Paul,

          *Defendant*.
---------------------------------------------------------X

## Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Matchroom Boxing Limited certifies that Matchroom Sport Limited, a private limited company organized and existing under the laws of the United Kingdom, is the direct parent company of Matchroom Boxing Limited, and that there is no publicly held corporation that owns 10% or more of the stock of Matchroom Boxing Limited.

Dated:    New York, New York
          September 23, 2022

                                                        SALZANO, LAMPERT & WILSON, LLP

                                  By:    /s/ Frank Salzano
                                                       Frank Salzano, Esq.
                                                       Jason Lampert, Esq.
                                                       275 Madison Ave., Floor 35
                                                       New York, New York
                                                       10016 Tel: (646) 863-1883
                                                       Fax: (646) 365-3119
                                                       *Attorneys for Plaintiffs*