UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Matchroom Boxing Limited; and
Edward John Hearn,                                            Civil Action No.: 1:22-cv-08178-PGG

                              *Plaintiffs,*

— against —                                                   **NOTICE OF APPEARANCE**

Jake Paul,

                              *Defendant*.

---------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned counsel of Salzano, Lampert & Wilson, LLP does hereby enter his appearance on behalf of Defendants Matchroom Boxing Limited and Edward John Hearn.  Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated:  New York, New York
          September 27, 2022

                                                               Respectfully submitted,

                                                                 /s/ Brady Williamson

                                                         Brady Williamson, Esq.
                                                         Salzano, Lampert & Wilson, LLP.
                                                        275 Madison Avenue, 35th Floor
                                                        New York, New York 10016
                                                        SDNY Bar No.: 5795554
                                                        Phone: (646) 863-1883
                                                        Facsimile: (646) 365-3119
                                                        bwilliamson@slwlawoffices.com

TO:  All Counsel via ECF