UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Matchroom Boxing Limited; and
Edward John Hearn,                                             Civil Action No.: 1:22-cv-08178-PGG

                    *Plaintiffs,*

— against —                                                             **NOTICE OF APPEARANCE**

Jake Paul,

                    *Defendant*.

---------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the undersigned counsel of Salzano, Lampert & Wilson, LLP does hereby enter his appearance on behalf of Defendants Matchroom Boxing Limited and Edward John Hearn. Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated:  New York, New York
           September 27, 2022

                                                                    Respectfully submitted,

                                                                    /s/ Frank Salzano
                                                       _____

                                                       Frank Salzano, Esq.
                                                       Salzano, Lampert & Wilson, LLP.
                                                       275 Madison Avenue, 35th Floor
                                                       New York, New York 10016
                                                       SDNY Bar No.: FS4861
                                                       Phone: (646) 863-1883
                                                       Facsimile: (646) 365-3119
                                                       fsalzano@slwlawoffices.com

TO:  All Counsel via ECF