UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Matchroom Boxing Limited; and
Edward John Hearn,                                             Civil Action No.: 1:22-cv-08178-PGG

                       *Plaintiffs,*

— against —                                                    **NOTICE OF APPEARANCE**

Jake Paul,

                       *Defendant*.

-------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that the undersigned counsel of Salzano, Lampert & Wilson, LLP does hereby enter his appearance on behalf of Defendants Matchroom Boxing Limited and Edward John Hearn. Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated:  New York, New York
          September 28, 2022

                                                    Respectfully submitted,

                                                    /s/ Efthimios Parasidis
                                               Efthimios Parasidis, Esq.
                                               Salzano, Lampert & Wilson, LLP.
                                               275 Madison Avenue, 35th Floor
                                               New York, New York 10016
                                               SDNY Bar No.: EP6691
                                               Phone: (646) 863-1883
                                               Facsimile: (646) 365-3119
                                               eparasidis@slwlawoffices.com

TO:  All Counsel via ECF