UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Matchroom Boxing Limited; and          Civil Action No.: 1:22-cv-08178 (PGG)
Edward John Hearn,

                 *Plaintiffs*,       **JOINT STIPULATION AND
[PROPOSED] ORDER ACCEPTING
SERVICE OF PROCESS**

     — against —

Jake Paul,

                 *Defendant*.
--------------------------------------------------------X

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys representing all parties in the above-captioned action that:

      1.   Meister Seelig & Fein LLP represents Defendant Jake Paul ("Defendant") in the above-captioned action for purposes of accepting service of Plaintiffs' Summons and Complaint, filed on September 23, 2022.

      2.   Defendant hereby accepts service, through electronic copy, of Plaintiffs' Summons and Complaint in the form filed as dockets #5-6 in the above-captioned matter, through his attorney, whose signature appears below.  Service shall be deemed accepted as of September 30, 2022.

      3.   By authorizing his counsel to accept service on his behalf, Defendant is not waiving any defense other than insufficient process and insufficient service of process (Rules 12(b)(4) and (5) of the Federal Rules of Civil Procedure).

      4.   Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant has sixty (60) days, or by November 29, 2022, to answer or otherwise respond to Plaintiffs' Complaint.

      5.   For convenience purposes, either a digital or facsimile copy of this Stipulation may be used in place of the original.

6.   The parties reserve all rights to seek to modify, alter or amend this stipulation and order, for good cause shown.

**SO ORDERED** this _____ day of _____, 2022.


_____
Honorable Paul G. Gardephe
United States District Judge

Dated:    September 30, 2022

PLAINTIFFS
By their attorneys


Salzano, Lampert & Wilson, LLP
Attorneys for Plaintiffs
MATCHROOM BOXING LIMITED
and EDWARD JOHN HEARN
275 Madison Ave., Floor 35
New York, NY 10016
Tel: (646) 863-1883
Fax: (646) 365-3119
By: Frank Salzano, Esq.

DEFENDANT
By his attorneys

DocuSigned by:
Kevin a. Fritz
292546F60126468...

Meister Seelig & Fein LLP
Attorneys for Defendant
JAKE PAUL
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Fax: (646) 539-3649
By: Mitchell Shuster, Esq.
     Kevin Fritz, Esq.