support   wiki   forum      logout

Glenn Feldman

  vs  

## Glenn Feldman



judge
ID# 400935
status  active
career  1992-2022
nationality  USA
residence  Avon, Connecticut, USA

wiki

### Judge  1248 bouts

page  1  **2**  **3**  ...  **13**  ...  **24**  **25**  >

| date | lbs | rounds | location | | | |
|---|---|---|---|---|---|---|
| ✓ 2022-09-17 **Anthony Herrera** | 114¾ 116 | W-TD 5/6 | **Delvin McKinley** | T-Mobile Arena, Las Vegas, Nevada, USA | ☆☆☆☆☆ bout | W wiki |

⏱ 0:19   ref: Celestino Ruiz   Kermit Bayless 50-45   Glenn Feldman 50-45   Lisa Giampa 50-45
Technical decision due to McKinley unable to continue due to an accident headbutt.

T-Mobile



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-09-17 | **Ali Akhmedov** | 167¾ | 167½ | W-UD | 10/10 | **Gabriel Rosado** | Arena, Las Vegas, Nevada, USA | ★★★☆☆ | bout wiki |

ref: Tony Weeks Eric Cheek 100-90 Glenn Feldman 100-90 Don Trella 100-90

IBF North American Super Middle (vacant) (supervisor: Carlos Ortiz Jr)
WBC Silver Super Middle (vacant) (supervisor: Miguel Angel de Pablos)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-08-20 | **Oleksandr Usyk** | 221½ | 244½ | W-SD | 12/12 | **Anthony Joshua** | Jeddah Superdome, Jeddah, Saudi Arabia | ★★★★★ | bout wiki |

ref: Luis Pabon Glenn Feldman 113-115 Viktor Fesechko 116-112 Steve Gray 115-113

IBF World Heavy (supervisor: Ben Keilty)
IBO World Heavy (supervisor: Andre Van Grootenbruel)
WBA Super World Heavy (supervisor: Mariana Borisova)
WBO World Heavy (supervisor: John Duggan)

Barclays

ratings schedule results date champions locate people locate events titles

New York, USA

ref: Steve Willis Glenn Feldman 116-112 Tony Paolillo 117-111 Waleska Roldan 114-114

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Sean Bey** | 210 | 259 | W-KO | 2/4 | **Elder Hernandez Gama** | Twin River Event Center, Lincoln, Rhode Island, USA | ☆☆☆☆☆ | bout wiki |

1:04 ref: Ricky Gonzalez Glenn Feldman Eddie Scuncio Don Trella

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Jonathan de Pina** | 143 | 140 | W-UD | 6/6 | **Mario Ezequiel Sayal Lozano** | Twin River Event Center, Lincoln, Rhode Island, USA | ☆☆☆☆☆ | bout wiki |

ref: Johnny Callas Glenn Feldman 60-54 Don Trella 60-54 Martha Tremblay 59-55

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Alejandro Paulino** | 130 | 129 | W-TKO | 1/6 | **Aldimar Silva** | Twin River Event Center, Lincoln, Rhode Island, USA | ☆☆☆☆☆ | bout wiki |

0:54 ref: Ricky Gonzalez Glenn Feldman Eddie Scuncio Martha Tremblay

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Francis Hogan*** | 160 | 157 | W-UD | 6/6 | **Rodrigo Lopes Rodrigues** | Twin River Event Center, Lincoln, Rhode Island, USA | ☆☆☆☆☆ | bout wiki |

ref: Johnny Callas Glenn Feldman 60-54 Don Trella 60-54 Martha Tremblay 60-54

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Joe Cusumano** | 232 | 250 | W-KO | 1/8 | **Irineu Beato Costa Junior** | Twin River Event Center, Lincoln, Rhode Island, USA | ★☆☆☆☆ | bout wiki |

1:20 ref: Ricky Gonzalez Glenn Feldman Eddie Scuncio Don Trella

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2022-06-24 | **Jaime Clampitt** | 134 | 135 | L-UD | 8/8x2 | **Miranda Reyes** | Twin River Event Center, Lincoln, Rhode | ★☆☆☆☆ | bout wiki |

| | Date | Opponent | W1 | W2 | Result | Rds | Opponent | Venue | Rating | Links |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Island, USA | | | |
| | | ref: Johnny Callas   Glenn Feldman 73-79   Don Trella 74-78   Martha Tremblay 74-78 | | | | | | | | |
| ✓ | 2022-06-11 | **Christina Cruz** | 111¾ | 110½ | W-UD | 4/4x2 | **Maryguenn Vellinga** | Madison Square Garden Theater, New York, New York, USA | ★☆☆☆☆ | bout / wiki |
| | | ref: Danny Schiavone   Glenn Feldman 40-36   John Madfis 40-36   Jim Pierce 39-37 | | | | | | | | |
| ✓ | 2022-06-11 | **Josue Vargas** | 142½ | 142½ | L-TKO | 2/8 | **Dakota Linger** | Madison Square Garden Theater, New York, New York, USA | ★★☆☆☆ | bout / wiki |
| | | 2:06   ref: Ron Lipton   Glenn Feldman 10-9   John Madfis 10-9   John McKaie 10-9 | | | | | | | | |
| ✓ | 2022-06-11 | **Henry Lebron** | 129¾ | 130 | W-UD | 8/8 | **Luis Lebron** | Madison Square Garden Theater, New York, New York, USA | ★★☆☆☆ | bout / wiki |
| | | ref: Shada Murdaugh   Glenn Feldman 80-72   John McKaie 79-73   Waleska Roldan 78-74 | | | | | | | | |
| | | 🏆 WBO Latino Super Feather (vacant) | | | | | | | | |
| ✓ | 2022-06-10 | **Nicolas Tejada*** | 144¼ | 145¾ | W-TKO | 2/4 | **Michael Taylor*** | Turning Stone Resort & Casino, Verona, New York, USA | ☆☆☆☆☆ | bout / wiki |
| | | 2:11   ref: Charlie Fitch   Don Ackerman   Glenn Feldman   John McKaie | | | | | | | | |
| | | Pro debut for Tejada. | | | | | | | | |
| ✓ | 2022-06-10 | **Charles Foster*** | 173 | 172½ | W-TKO | 4/8 | **Bo Gibbs Jr** | Turning Stone Resort & Casino, Verona, New York, USA | ★☆☆☆☆ | bout / wiki |
| | | 2:48   ref: Charlie Fitch   Don Ackerman   Glenn Feldman   John McKaie | | | | | | | | |
| | | Gibbs down in round one | | | | | | | | |
| ✓ | 2022-06-10 | **Tyler Tomlin** | 134 | 132½ | L-TKO | 5/8 | **Chann Thonson*** | Turning Stone Resort & Casino, Verona, New York, USA | ★★☆☆☆ | bout / wiki |
| | | 1:01   ref: Mark Nelson   Don Ackerman   Glenn Feldman   John McKaie | | | | | | | | |
| ✓ | 2022-06-10 | **Bakhodir Jalolov** | 251 | 242 | W-KO | 8/8 | **Jack Mulowayi*** | Turning Stone Resort & Casino, Verona, New York, USA | ★★☆☆☆ | bout / wiki |
| | | 1:20   ref: Benjy Esteves Jr   Don Ackerman   Glenn Feldman   John McKaie | | | | | | | | |
| | | Jalolov deducted a point in round 4. | | | | | | | | |

| | Date | Opponent | W1 | W2 | Result | Rounds | Name | Venue | Rating | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-05-14 | **Marlon Tapales** | 124 | 126 | W-KO | 2/8 | Jose Estrella | Dignity Health Sports Park, Carson, California, USA | ★☆☆☆☆ | bout | wiki |

1:39  ref: Ray Corona   Glenn Feldman   Alejandro Rochin   David Sutherland

Estella down & counted out from body punch rd 2.

| ✓ | 2022-05-14 | **Jermell Charlo** | 152¾ | 153¾ | W-KO | 10/12 | Brian Carlos Castano | Dignity Health Sports Park, Carson, California, USA | ★★★★★ | bout | wiki |

2:33   ref: Jerry Cantu   Glenn Feldman 89-82   David Sutherland 87-84   Zachary Young 88-83

🏆 IBF World Super Welter (supervisor: Levi Martinez)
🏆 WBA Super World Super Welter (supervisor: Renzo Bagnariol)
🏆 WBC World Super Welter (supervisor: Alberto Guerra)
🏆 WBO World Super Welter (supervisor: Richard DeCuir)

Casta?o down twice rd 10 count suspended - California rules: KO.

| ✓ | 2022-04-30 | **Katie Taylor\*** | 134½ | 133½ | W-SD | 10/10x2 | Amanda Serrano | Madison Square Garden, New York, New York, USA | ★★★★★ | bout | wiki |

ref: Michael Griffin   Guido Cavalleri 96-93   Glenn Feldman 97-93   Benoit Roussel 94-96

🏆 IBF World Light (supervisor: Melvina Lathan)
🏆 WBA World Light (supervisor: Shivana Inalsingh)
🏆 WBC World Light (supervisor: Malte Mueller Michaelis)
🏆 WBO World Light (supervisor: Francisco Valcarcel)

| ✓ | 2022-04-16 | **Errol Spence Jr** | 146¼ | 146¾ | W-TKO | 10/12 | Yordenis Ugas | AT&T Stadium, Arlington, Texas, USA | ★★★★★ | bout | wiki |

1:44   ref: Laurence Cole   Tim Cheatham 88-82   Glenn Feldman 88-82   Steve Weisfeld 88-83

🏆 IBF World Welter (supervisor: Pete Podgorski)
🏆 WBA Super World Welter (supervisor: Jose Oliver Gomez)
🏆 WBC World Welter (supervisor: Rex Walker)

| ✓ | 2022-04-16 | **Cody Crowley** | 144¼ | 146½ | W-UD | 10/10 | Josesito Lopez | AT&T Stadium, Arlington, Texas, USA | ★★★★☆ | bout | wiki |

ref: Laurence Cole   Tim Cheatham 98-91   Glenn Feldman 98-91   Steve Weisfeld 99-90

Lopez down in round seven.

| ✓ | 2022-04-16 | **Vito Mielnicki Jr** | 152¾ | 152¾ | W-UD | 8/8 | Dan Karpency | AT&T Stadium, Arlington, Texas, USA | ★☆☆☆☆ | bout | wiki |

ref: Mark Calo oy   Glenn Feldman 79-73   Josef Mason 80-72   Jesse Reyes 79-73

| ✓ | 2022-04-09 | **Gennadiy Golovkin** | 160 | 160 | W-TKO | 9/12 | Ryota Murata | Super Arena, Saitama, Saitama, Japan | ★★★★☆ | bout | wiki |

2:11   ref: Luis Pabon   Glenn Feldman 78-74   Robert Hoyle 79-73   Alex Levin 77-75

🏆 IBF World Middle (supervisor: Ben Keilty)
🏆 IBO World Middle
🏆 WBA Super World Middle (supervisor: Jose Oliver Gomez)

IBO title on the line for Golovkin but not for Murata

| | Date | Opponent | W1 | W2 | Result | Rds | | Venue | Rating | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-04-02 | **Mykquan Williams** | 138½ | 138½ | W-RTD | 5/8 | Tyrone Luckey* | Connecticut Convention Center, Hartford, Connecticut, USA | ★☆☆☆☆ | bout | wiki |

🕒 3:00  ref: Danny Schiavone  Tom Carusone  Glenn Feldman  Peter Hary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-04-02 | **Joshua Orta*** | 125 | 126 | W-MD | 6/6 | Jayron Santiago Lopez* | Connecticut Convention Center, Hartford, Connecticut, USA | ★☆☆☆☆ | bout | wiki |

ref: Johnny Callas  Glenn Feldman 57-57  Peter Hary 58-56  Robin Hayes 59-55

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-04-02 | **Angel Gonzalez*** | 120 | 121 | W-UD | 6/6 | Ira Terry | Connecticut Convention Center, Hartford, Connecticut, USA | ★☆☆☆☆ | bout | wiki |

ref: Johnny Callas  Tom Carusone 59-55  Glenn Feldman 60-54  Peter Hary 60-54

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-03-26 | **Enrique Vivas** | 126¼ | 126½ | L-MD | 10/10 | Eduardo Baez | Resorts World Las Vegas, Las Vegas, Nevada, USA | ★★★☆☆ | bout | wiki |

ref: Tony Weeks  Max DeLuca 95-95  Glenn Feldman 92-98  Patricia Morse Jarman 94-96

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-03-26 | **Haven Brady Jr** | 127 | 126½ | W-TKO | 4/6 | Jose Argel | Resorts World Las Vegas, Las Vegas, Nevada, USA | ★☆☆☆☆ | bout | wiki |

🕒 2:05  ref: Russell Mora  Kermit Bayless  Glenn Feldman  Patricia Morse Jarman

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-03-26 | **Arturo Popoca** | 122¼ | 123½ | D-SD | 4/4 | Juan Hernandez Martinez | Resorts World Las Vegas, Las Vegas, Nevada, USA | ☆☆☆☆☆ | bout | wiki |

ref: Kenny Bayless  Glenn Feldman 37-39  Chris Migliore 38-38  Cory A Santos 39-37

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-02-26 | **Gary Antuanne Russell** | 139½ | 140½ | W-TKO | 10/10 | Viktor Postol | Cosmopolitan of Las Vegas, Las Vegas, Nevada, USA | ★★★★☆ | bout | wiki |

🕒 2:31  ref: Mike Ortega  Tim Cheatham 88-83  Glenn Feldman 89-82  Lisa Giampa 89-82

🏆 WBA Continental Americas Super Light (vacant)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-02-26 | **Viktor Slavinskyi** | 129 | 130 | L-MD | 8/8 | Claudio Marrero | Cosmopolitan of Las Vegas, Las Vegas, Nevada, USA | ★★★☆☆ | bout | wiki |

ref: Celestino Ruiz  Tim Cheatham 76-76  Glenn Feldman 75-77  Chris Migliore 74-78

Crowne Plaza Hotel,

| | Date | Opponent | W | L | Result | Rd | vs. | Venue | Rating | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-19 | **Jaime Clampitt** | 133 | 131 | W-UD | 6/6x2 | **Kim Wabik** | Warwick, Rhode Island, USA | ★☆☆☆☆ | bout | wiki |

ref: Danny Schiavone   Glenn Feldman 60-54   Eddie Scuncio 60-54   Martha Tremblay 60-54

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-19 | **Christian Andrade\*** | 118 | 116 | L-MD | 4/4 | **Dan Cormier** | Crowne Plaza Hotel, Warwick, Rhode Island, USA | ☆☆☆☆☆ | bout | wiki |

ref: Ricky Gonzalez   Glenn Feldman 36-40   Robert Paolino 38-38   Martha Tremblay 36-40

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-19 | **Wilson Mascarenhas** | 139 | 139 | W-TKO | 3/6 | **Akeem Jackson** | Crowne Plaza Hotel, Warwick, Rhode Island, USA | ☆☆☆☆☆ | bout | wiki |

🕐 1:45   ref: Ricky Gonzalez   Glenn Feldman   Robert Paolino   Martha Tremblay

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-19 | **Timothy Hatfield** | 240 | 254 | W-TKO | 1/4 | **Kaleb Slaughter** | Crowne Plaza Hotel, Warwick, Rhode Island, USA | ☆☆☆☆☆ | bout | wiki |

🕐 1:59   ref: Danny Schiavone   Glenn Feldman   Eddie Scuncio   Martha Tremblay

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-19 | **Nicola Quarneti** | 158 | 157 | L-TD | 3/4 | **Charon Spain** | Crowne Plaza Hotel, Warwick, Rhode Island, USA | ☆☆☆☆☆ | bout | wiki |

ref: Ricky Gonzalez   Glenn Feldman 28-29   Robert Paolino 28-29   Eddie Scuncio 28-29

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-05 | **Jesus Alejandro Ramos** | 154¼ | 153½ | W-TKO | 6/10 | **Vladimir Hernandez** | Michelob Ultra Arena, Las Vegas, Nevada, USA | ★★★☆☆ | bout | wiki |

🕐 2:21   ref: Mike Ortega   Eric Cheek 49-46   Glenn Feldman 48-47   Lisa Giampa 49-46

🏆 WBC Silver Super Welter (vacant)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-05 | **Ryan Karl** | 145½ | 141¾ | L-SD | 10/10 | **Omar Juarez** | Michelob Ultra Arena, Las Vegas, Nevada, USA | ★★☆☆☆ | bout | wiki |

ref: Mike Ortega   Glenn Feldman 94-95   Chris Migliore 93-96   Steve Weisfeld 95-94

🏆 WBC International Welter (vacant)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-02-05 | **Enriko Gogokhia** | 141¾ | 142½ | D-SD | 8/8 | **Kent Cruz** | Michelob Ultra Arena, Las Vegas, Nevada, USA | ★★☆☆☆ | bout | wiki |

ref: Robert Hoyle   Tim Cheatham 74-76   Glenn Feldman 76-74   Richard Ocasio 75-75

Cruz down twice.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | 2022-01-15 | **Joe Smith Jr** | 174½ | 173½ | W-KO | 9/12 | **Steve Geffrard** | Turning Stone Resort & Casino, Verona, New York, USA | ★★★☆☆ | bout | wiki |

🕐 0:37   ref: Mark Nelson   Glenn Feldman 80-72   Tom Schreck 79-73   Don Trella 79-72

🏆 WBO World Light Heavy

| | Date | Opponent | Weights | Result | Rds | vs. | Venue | Rating | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-01-15 | **Omar Rosario** | 139¼ 138¼ | W-UD | 6/6 | Raekwon Butler* | Turning Stone Resort & Casino, Verona, New York, USA | ★☆☆☆☆ | bout | wiki |

ref: Charlie Fitch   Glenn Feldman 59-54   Eric Marlinski 59-54   Don Trella 58-55

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2022-01-15 | **Troy Isley** | 156¼ 156¼ | W-UD | 6/6 | Harry Keenan Cruz Cubano | Turning Stone Resort & Casino, Verona, New York, USA | ★☆☆☆☆ | bout | wiki |

ref: Benjy Esteves Jr   Glenn Feldman 59-54   Tom Schreck 59-54   Don Trella 59-53

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2021-11-27 | **Teofimo Lopez*** | 135   134¼ | L-SD | 12/12 | George Kambosos Jnr* | Madison Square Garden Theater, New York, New York, USA | ★★★★★ | bout | wiki |

ref: Harvey Dock   Glenn Feldman 112-115   Frank Lombardi 111-115   Don Trella 114-113

🏆 IBF World Light (supervisor: Daryl Peoples)
🏆 WBA Super World Light (supervisor: Julio Thyme)
🏆 WBO World Light (supervisor: Francisco Valcarcel)

Lopez down in round one, Kambosos down in round ten.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2021-11-19 | **Murodjon Akhmadaliev** | 121¾ 121½ | W-UD | 12/12 | Jose Velasquez | SNHU Arena, Manchester, New Hampshire, USA | ★★★☆☆ | bout | wiki |

ref: Luis Pabon   Glenn Feldman 119-109   John Madfis 119-109   Eddie Scuncio 119-109

🏆 IBF World Super Bantam (supervisor: Melvina Lathan)
🏆 WBA Super World Super Bantam (supervisor: Julio Thyme)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2021-11-19 | **Julio Cesar Martinez** | 111¼ 111½ | NC-NC | 3/12 | McWilliams Arroyo | SNHU Arena, Manchester, New Hampshire, USA | ★★★★☆ | bout | wiki |

🕐 0:01   ref: Johnny Callas   Dave DeJonge 20-17   Glenn Feldman 19-18   Martha Tremblay 19-18

🏆 WBC World Fly

No contest due to Arroyo being unable to continue from an accidental headbutt.
Martinez and Arroyo down in round one, Arroyo down in round two.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2021-11-06 | **Rey Vargas** | 125   126½ | W-UD | 10/10 | Leonardo Baez | MGM Grand, Grand Garden Arena, Las Vegas, Nevada, USA | ★★☆☆☆ | bout | wiki |

ref: Raul Caiz Jr   Eric Cheek 100-90   Glenn Feldman 99-91   David Sutherland 100-90

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ✅ | 2021-11-06 | **Jose Manuel Gomez** | 131   132 | L-UD | 8/8 | Jose Antonio Meza | MGM Grand, Grand Garden Arena, Las Vegas, | ★★☆☆☆ | bout | wiki |

Nevada, USA

ref: Robert Hoyle   Glenn Feldman 75-76   Chris Migliore 75-76   David Sutherland 75-76

Meza down rd 1.

| | 2021-11-05 **Martez McGregor** | 166¾ | 164 | L-KO | 3/6 | **Rowdy Legend Montgomery** | Virgin Hotels Las Vegas, Las Vegas, Nevada, USA | ★☆☆☆☆ | bout | wiki |

1:10   ref: Robert Hoyle   Max DeLuca   Glenn Feldman   Chris Migliore

| | 2021-11-05 **Abdullah Mason** | 135¼ | 136½ | W-TKO | 2/4 | **Jaylan Phillips** | Virgin Hotels Las Vegas, Las Vegas, Nevada, USA | ☆☆☆☆☆ | bout | wiki |

2:09   ref: Robert Hoyle   Glenn Feldman   Lisa Giampa   David Sutherland

Pro debut for Mason.

1,248 bouts • page   1   **2**   **3**   ...   **13**   ...   **24**   **25**   **>**

---

**Compare International Movers - Free Quotes in 2 Minutes**

With years of experience we can help you save money on your international shipping. Get connected with the best International Shipping Companies. Receive 6 free quotes…

**LEARN MORE**   SPON www.rel

---

©BoxRec: BoxRec is not under the control of any governing or sanctioning body, data may be incomplete/inaccurate.

Editors   About   Contact   Terms   Widgets   Cookies

EN   CN   DE   ES   FR   PL   RU