UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Matchroom Boxing Limited; and
Edward John Hearn,                                          Civil Action No.: 1:22-cv-08178-PGG

      *Plaintiffs*, and

Glenn Feldman,                                              **DECLARATION OF FRANK SALZANO IN SUPPORT OF GLENN FELDMAN'S MOTION TO INTERVENE**

      *Proposed Plaintiff-Intervenor*

— against —

Jake Paul,

      *Defendant*.
-------------------------------------------------------X

I, FRANK SALZANO, declare pursuant to 28 U.S.C. § 1746, as follows:

1. Pursuant to Federal Rules of Civil Procedure Rule 24(c), attached as Exhibit A is Proposed Plaintiff-Intervenor, Glenn Feldman's ("Feldman"), proposed complaint in intervention.

2. Aside from highlighted portions intended to signify relevant information contained therein, attached as Exhibit B is a true and correct copy of page 1 of Feldman's BoxRec page, which can be found in full at the following link: https://boxrec.com/en/judge/400935.

I declare under penalties of perjury that the foregoing is true and correct. Executed in New York, NY on October 24, 2022.

                                                                          /s/ Frank Salzano
                                                                         Frank Salzano, Esq.