UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Matchroom Boxing Limited; and
Edward John Hearn,

        *Plaintiffs*, and

Glenn Feldman,

        *Proposed Plaintiff-Intervenor*

    — against —

Jake Paul,
        *Defendant*.
---------------------------------------------------------X

Civil Action No.: 1:22-cv-08178-PGG

## [PROPOSED] ORDER

    Having considered Proposed Plaintiff-Intervenor, Glenn Feldman's ("Feldman"), Motion to Intervene, his supporting Memorandum of Law and other materials filed therewith; all opposing memoranda and supporting material filed by the Plaintiffs and Defendant with respect to the Motion; the applicable law; and the existing record in this case, and having heard and considered all parties' respective positions as to Feldman's Motion to Intervene,

    **IT IS ORDERED** that Proposed Plaintiff-Intervenor Feldman's Motion to Intervene be and is hereby **GRANTED,** and that Proposed Plaintiff-Intervenor Feldman is hereby granted leave and allowed to intervene in the capacity of Plaintiff-Intervenor in this action.

    **SO ORDERED.**

    Dated this _____ day of _____, 2022.

                                             _____
                                             The Honorable Paul G. Gardephe
                                             United States District Court
                                             Southern District of New York