UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Matchroom Boxing Limited; and
Edward John Hearn,

               *Plaintiffs*, and

Glenn Feldman,

               *Proposed Plaintiff-Intervenor*

— against —

Jake Paul,
               *Defendant.*
-------------------------------------------------------X

Civil Action No.: 1:22-cv-08178-PGG

**NOTICE OF MOTION TO INTERVENE**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law**,** the Declaration of Frank Salzano, Esq. and the exhibits thereto, Proposed Plaintiff-Intervenor, Glenn Feldman ("Feldman"), will move this Court before the Honorable Paul G. Gardephe, United States District Judge, on a date and time to be determined by the Court, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, Courtroom 705, for an Order pursuant to Federal Rule of Civil Procedure 24(a)(2), or in the alternative, Federal Rule of Civil Procedure 24(b)(1)(b), permitting Feldman to intervene as a plaintiff in the above-captioned action, and for such other and further relief as this Court deems just and proper.

Dated: October 24, 2022

                                                             SALZANO, LAMPERT & WILSON, LLP

                                       By:    */s/ Frank Salzano*
                                                            _____

                                                            Frank Salzano, Esq.
                                                            Jason Lampert, Esq.
                                                            275 Madison Ave., Floor 35

1

New York, New York 10016
Tel: (646) 863-1883
Fax: (646) 365-3119
fsalzano@slwlawoffices.com

John L. Laudati, Esq. (*pro hac vice forthcoming*)
MURPHY, LAUDATI, KIEL, & RATTIGAN, LLC
4 E. Granby Rd., P.O. Box 93
Granby, Connecticut 06035
Tel: (860) 674-8269, ext. 102
Fax: (860) 413-9504
JLaudati@mlkrlaw.com

*Attorneys for Glenn Feldman*

**MEMO ENDORSED**:

Any opposition to this motion is due by **November 29, 2022**.
Proposed-Intervenor's reply, if any, is due by **December 7, 2022**.

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: October 28, 2022

2