# EXHIBIT A

# EXHIBIT A

Learn how to leverage transparent company data at scale. Subscribe to our emails

opencorporates

The Open Database Of The Corporate World

Search

Companies    Officers

- Log in/Sign up

# MOST VALUABLE PROMOTIONS LLC

Company Number
    467721-1511
Native Company Number
    467721
Status
    Active
Incorporation Date
    23 June 2021 (over 1 year ago)
Company Type
    Limited Liability Company
Jurisdiction
    Puerto Rico
Registered Address

- 1064 Ponce de León Ave Suite 507 SAN JUAN, PR 00907
- Puerto Rico

Business Classification Text
    All lawful business purposes that a Limited Liability Company may be permitted to undertake under the laws of the Commonwealth of Puerto Rico.
Agent Name
    Jhansel Nuñez
Agent Address
    1474 Ashford Ave., Suite 100 SAN JUAN, Puerto Rico 00907

Directors / Officers

- Jhansel Nuñez, agent
- Paul, Jake, authorized person

Registry Page
https://prcorpfiling.f1hst.com/CorpIn...



# Recent filings for MOST VALUABLE PROMOTIONS LLC

23 Jun 2021
Payment Receipt [EN]

23 Jun 2021
Certificate of Organization

23 Jun 2021
Certificate of Organization [EN]

23 Jun 2021
Certificate of Formation of a Limited Liability Company

23 Jun 2021
Certificate of Formation of a Limited Liability Company [EN]

**Source** Puerto Rico Department of State, https://prcorpfiling.f1hst.com/CorpIn..., 22 Sep 2022
update from registry

## Company Addresses

Mailing Address

1064 Ponce de Len Ave Suite 507 SAN JUAN, PR 00907

## Latest Events

2021-06-23
Addition of officer Jhansel Nuñez, agent
2021-06-23
Addition of officer Paul, Jake, authorized person
2021-06-23
Incorporated

See all events

## Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings

## Similarly named companies

- 🇺🇸 [MOST VALUABLE PROMOTIONS, L.L.C.](#) (New Jersey (US), 1 Dec 2004- )

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry ([see source](#), above) should always be referred to for definitive information Data on this page last changed September 22 2022

**Problem/question about this data?** [Click here](#)

### 🔲 Open Data

For access please [Log in / Sign up](#)

## About us

- [About](#)
- [Blog](#)
- [Team](#)
- [Governance](#)
- [Jobs](#)

## Using our data

- [Our data](#)
- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

## Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

## Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency