UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATCHROOM BOXING LIMITED; and
EDWARD JOHN HEARN,    Civil Action No.: 1:22-cv-08178-PGG

    Plaintiffs, and

GLENN FELDMAN,

    Proposed Plaintiff-Intervenor

    v.

JAKE PAUL

    Defendant.

------------------------------------------------------------X

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

    Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York and the annexed Affidavit of Jason Lampert, Esq. and Affidavit of John L. Laudati, Esq. in support of this Motion and the Certificates of Good Standing annexed thereto, counsel hereby moves this Court for an Order allowing admission *pro hac vice* of John L. Laudati, Esq. to appear as counsel for Proposed Plaintiff-Intervenor GLENN FELDMAN, in the above-captioned action.

    Dated: December 8, 2022

    Respectfully Submitted,

    /s/ Jason Lampert
    _____

    Jason Lampert, Esq.
    Salzano, Ettinger, Lampert & Wilson, LLP
    275 Madison Avenue, 35th Floor
    New York, NY 10016
    Tel: (646) 863-1883
    Fax: (646) 365-3119

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVITS OF JASON LAMPERT, ESQ. AND JOHN L. LAUDATTI, ESQ., AND PROPOSED ORDER

to be filed with the Clerk of the Court on this date.  The CM/ECF system will send notification to all counsel registered for CM/ECF.

Dated: December 8, 2022                                         /s/Jason Lampert

                                                                                                    Jason Lampert