UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MATCHROOM BOXING LIMITED; and
EDWARD JOHN HEARN,

        Civil Action No.: 1:22-cv-08178-PGG

    Plaintiffs, and

GLENN FELDMAN,

    Proposed Plaintiff-Intervenor

        v.

JAKE PAUL

    Defendant.

-----------------------------------------------------------X

## AFFIDAVIT OF JASON LAMPERT, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Jason Lampert, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an attorney and partner of the law firm Salzano, Ettinger, Lampert & Wilson, LLP, located at 275 Madison Avenue, Floor 35, New York, New York 10016. I am admitted to this Court and a member in good standing of the Bars of the States of New York and New Jersey.

2. I submit this Affidavit in support of the motion for the admission of John L. Laudati, Esq. to practice *pro hac vice* in the above-captioned matter.

3. As shown by the accompanying Certificates of Good Standing, Mr. Laudati is a member in good standing of the Bar of Connecticut, and a member in good standing of the United States District Court for the District of Connecticut.

4. I am advised by Mr. Laudati that there are no disciplinary proceedings pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Wherefore, your affiant respectfully requests that Mr. Laudati be permitted to appear as counsel and advocate *pro hac vice* in this matter on behalf of Proposed Plaintiff-Intervenor, Glenn Feldman.

Jason Lampert, Esq. (JL-1313)

Sworn to before me this
8th day of December, 2022

Notary Public

MATTHEW G. DEOREO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6046082
Qualified in New York County
Commission Expires October 06, 2026

2