UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MATCHROOM BOXING LIMITED; and
EDWARD JOHN HEARN,                                          Civil Action No.: 1:22-cv-08178-PGG

    Plaintiffs, and

GLENN FELDMAN,

    Proposed Plaintiff-Intervenor

    v.

JAKE PAUL

    Defendant.

-----------------------------------------------------------X

### AFFIDAVIT OF JOHN L. LAUDATI, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

John L. Laudati, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the firm of Murphy, Laudati, Kiel & Rattigan LLC, located at 4 E. Granby Road, Granby, Connecticut 06035

2. I submit this Affidavit in support of the Motion for my admission to practice *pro hac vice* in the above-captioned matter on behalf of Proposed Plaintiff-Intervenor, Glenn Feldman.

3. As shown in the annexed Certificates of Good Standing (Exhibit A hereto), I am a member in good standing of the Bar of Connecticut, and a member in good standing of the United States District Court for the District of Connecticut.

4. I certify that I am eligible for admission to this Court and there are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony and I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have read and am familiar with the Uniform Local Rules of this Court.

7. I swear as an attorney and counsel of this Court, that I will conduct myself uprightly and according to the law.

8. Wherefore, your declarant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this matter on behalf of Proposed Plaintiff-Intervenor, Glenn Feldman.

Dated: December 7, 2022

_____
John L. Laudati, Esq.

Sworn to me this
7th day of December, 2022

_____
Notary Public

**KELLY E. O'NEIL**
*NOTARY PUBLIC*
My Commission Expires Dec. 31, 2025