# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at **Hartford** on the **17th** day of **November, 1981**

**John L. Laudati**

of

**Granby, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford this day **November 29, 2022**

Carl D. Cicchetti
Chief Clerk

# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Dinah Milton Kinney, Clerk of this Court, do hereby certify that *John L. Laudati* (Bar #ct00043) was duly admitted to practice in this Court on December 14, 1981 and is in good standing as a member of the Bar of this Court.

Dated at Hartford, Connecticut on November 23, 2022.

Dinah Milton Kinney, Clerk

By Deputy Clerk : /s/ Jessalyn Samson

LF-136 Form (Rev. 1-3-22)