UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MATCHROOM BOXING LIMITED; and
EDWARD JOHN HEARN,                                  Civil Action No.: 1:22-cv-08178-PGG

      Plaintiffs, and

GLENN FELDMAN,                                      **ORDER FOR ADMISSON**
                                                                  **PRO HAC VICE**

      Proposed Plaintiff-Intervenor

          v.

JAKE PAUL

      Defendant.
-------------------------------------------------------------X

The Motion for Admission to practice *pro hac vice* in the above-captioned action is Granted.

Applicant John L. Laudati has declared that he is a member in good standing of the bar of the state of Connecticut, and a member in good standing of the United States District Court for the District of Connecticut; and that his contact information is as follows:

> John L. Laudati
> **Murphy, Laudati, Kiel & Rattigan, LLC**
> 4 E. Granby Road
> Granby, CT 06035
> Tel (860) 674 8296, ext. 102
> Fax (860) 413-9504
> Email: jlaudati@mlkrlaw.com

Applicant having requested admission *pro hac vice* to appear for purposes as counsel for Proposed Plaintiff-Intervenor, Glenn Feldman in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York and will be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____

_____
United States District Judge