UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCHROOM BOXING LIMITED and
EDWARD JOHN HEARN,

                Plaintiffs, and

GLENN FELDMAN,

                Plaintiff-Intervenor,

       - against -

JAKE PAUL,

                Defendant.

**ORDER**

22 Civ. 8178 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties will conduct jurisdictional discovery over the next thirty days. On **January 20, 2023** – one week after the conclusion of jurisdictional discovery – the parties will submit letters setting forth what this limited discovery revealed. The conference scheduled for December 15, 2022, is adjourned sine die.

Dated: New York, New York
       December 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge