UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCHROOM BOXING LIMITED and
EDWARD JOHN HEARN,

                Plaintiffs, and

GLENN FELDMAN,

                Plaintiff-Intervenor,

    -   against   -

JAKE PAUL,

                Defendant.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

22 Civ. 8178 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

    The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute: <u>Dkt. No. 26</u> | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose: _____ |
| | | | Habeas Corpus |
| | | | Social Security |
| | Settlement | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Inquest After Default/ Damages Hearing | | Particular Motion: _____ |
| | | | All such motions: _____ |

Dated: New York, New York
       January 24, 2023

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge