

275 Madison Ave., 35th FL
New York, NY 10016
selwlaw.com
646.863.1883  P
646.365.3119  F

May 3, 2023

**VIA CM/ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: **Matchroom Boxing Limited, et al. v. Jake Paul; Case No. 1:22-cv-08178-PGG**

Your Honor:

The parties submit this joint letter to provide the Court with an update prior to the settlement conference scheduled for Friday, May 5, 2023 at 11:00 a.m. Despite the parties' good faith settlement discussions, they are unable to agree upon a financial component for settlement. In turn, the joint press statement component has become moot.

Based on the foregoing, the parties are currently at an impasse and it may be a waste of judicial time and resources to conduct the settlement status conference on May 5, 2023. Of course, the parties will follow the Court's guidance on whether to proceed with the May 5th settlement status conference.

Respectfully Submitted,

/Frank Salzano, Esq./
**SALZANO ETTINGER LAMPERT & WILSON, LLP**
275 Madison Avenue, 35th Floor
New York, New York 10016
Tel: (646) 863-1883
Fax: (646) 365-3119
fsalzano@selwlaw.com
*Attorneys for Plaintiffs*

/Kevin Fritz, Esq./
**MEISTER SEELIG & FEIN PLLC**

125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Fax: (212) 655-3535
kaf@msf-law.com
*Attorney for Defendant*

