

Frank Salzano
104 W. 40th Street – 14th Floor
New York, NY 10018
Main: 212.375.6746
Fax: 646.365.3119
fsalzano@selwlaw.com

September 13, 2023

**<u>VIA ELECTRONIC FILING</u>**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

**Re: <u>Matchroom Boxing Limited, et al v. Jake Paul; Case No. 2:22-cv-08178-PGG</u>**

Your Honor:

    Pursuant to Local Rule 6.1(c) and Rule IV(D) of Your Honor's Individual Rules of Practice, Plaintiffs Matchroom Boxing Limited and Edward John Hearn, and Plaintiff-Intervenor Glenn Feldman, hereby request oral argument on Defendant Jake Paul's motion to dismiss.

                Respectfully submitted,

                <u>/Frank Salzano/</u>
                Frank Salzano, Esq.

cc: All Counsel of Record (via ECF)

