

Kevin Fritz
*Partner*
Direct (212) 655-3570
Fax (646) 539-3570
*kaf@msf-law.com*

January 5, 2024

**Via ECF**
Hon. Paul. G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:     ***Matchroom Boxing Limited et al. v. Jake Paul***, No. 7:22-cv-08178-PGG

Dear Judge Gardephe:

We represent defendant Jake Paul ("Defendant").  In accordance with Paragraph IV(H) of Your Honor's Individual Practice Rules, we respectfully call to the Court's attention the fact that Defendant's motion to dismiss has not been decided within ninety days of the time it was fully submitted.

Respectfully submitted,

*/s/ Kevin Fritz*
Kevin Fritz, Esq.

Cc:   All Counsel of Record (via ECF)