UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCHROOM BOXING LIMITED and
EDWARD JOHN HEARN,

                    Plaintiffs, and

GLENN FELDMAN,

                    Plaintiff-Intervenor,

       -against-

JAKE PAUL,

                    Defendant.

**ORDER**

22 Civ. 8178 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs' and Plaintiff-Intervenor's request for oral argument is denied. The Clerk of Court is directed to terminate the motion. (Dkt. No. 59)

Dated: New York, New York
        April 15, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge