UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCHROOM BOXING LIMITED and
EDWARD JOHN HEARN,

                  Plaintiffs, and

GLENN FELDMAN,

                  Plaintiff-Intervenor,

      -against-

JAKE PAUL,

                  Defendant.

**ORDER**

22 Civ. 8178 (PGG) (HJR)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for October 16, 2024 is cancelled because this case is referred to the assigned Magistrate Judge for general pretrial supervision. (Dkt. No. 27)

Dated: New York, New York
       October 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge