UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATCHROOM BOXING LIMITED, EDWARD
JOHN HEARN, AND GLENN FELDMAN,

Plaintiff(s),

-v-

JAKE PAUL,

Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2024

**ORDER**

22-CV-8178 (PGG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated January 24, 2024, this case was referred to a Magistrate Judge for General Pretrial, including settlement. On August 28, 2024, the referral was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 16, 2024
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1