

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
Fax (646) 539-3570<br>
kaf@msf-law.com

March 18, 2025

**Via ECF**
Honorable Henry J. Ricardo
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

**Re:** *Matchroom Boxing Limited et al., v. Jake Paul,* No. 7:22-cv-08178-PGG-HJR

Your Honor:

Plaintiffs Matchroom Boxing Limited ("Matchroom") and Edward John Hearn ("Hearn"), Plaintiff-Intervenor Glenn Feldman ("Feldman") (collectively the "Plaintiffs"), and Defendant Jake Paul ("Paul") (collectively referred to herein as the "Parties") jointly submit this letter to notify the Court that the Parties have entered into a Settlement Agreement. Pursuant to the terms thereof, the Parties expect to file a Stipulation of Dismissal on or before March 31, 2025.

| | |
|---|---|
| /s/ *Frank Salzano* | /s/ *Kevin Fritz* |
| Frank Salzano, Esq. | Mitchell Schuster, Esq. |
| **SALZANO ETTINGER** | Kevin Fritz, Esq. |
| **& LAMPERT, LLP** | **MEISTER SEELIG & FEIN, PLLC** |
| 104 W. 40th St., 14th Floor | 125 Park Avenue, 7th Floor |
| New York, New York 10018 | New York, New York 10017 |
| Tel: (212) 375-6746 | Tel: (212) 655-3500 |
| Fax: (646) 365-3119 | Fax: (212) 655-3535 |
| fsalzano@selwlaw.com | ms@msf-law.com; kaf@msf-law.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |